IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **WILLIAM F. CARADINE**<br>**ADC #090785** | **PETITIONER** |
| v. | Case No. 4:20-cv-01215-KGB-JJV |
| **STATE OF ARKANSAS;** *et al.* | **RESPONDENTS** |

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

The Court dismisses without prejudice the Petition for Writ of Habeas Corpus (Dkt. No. 1). The relief requested is denied.

It is so ordered this 29th day of January, 2021.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge