## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**WILLIAM F. CARADINE**                                                               **PETITIONER**
**ADC #090785**

**v.**                                        **Case No. 4:20-cv-01215-KGB-JJV**

**STATE OF ARKANSAS;** *et al.*                                              **RESPONDENTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed.

It is so adjudged this 29th day of January, 2021.

_____
Kristine G. Baker
United States District Judge